## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOI S
## EASTERN DIVISION

IN RE:   BRIAN CABRERA                               CASE NO: 11-49746
                                                     CHAPTER 13

         DEBTORS(S)                                  JUDGE:  JACK B SCHMETTERER


                                                     NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   JPMORGAN CHASE BANK NATIONAL

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0005 | 5829 | $ 127.15 | $ 127.15 | $ 127.15 |

Total Amount Paid the Trustee                                               $    127.15

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                    X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with  11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of   June, 2012.

Debtor(s) | Debtors Attorney
---|---

BRIAN CABRERA
1720 W BELMONT AVE # 3
CHICAGO IL 60657

SULAIMAN LAW GROUP LTD
900 JORIE BLVD # 150
OAK BROOK IL 605230000

Addtional Creditors | Additional Creditors

JPMORGAN CHASE BANK
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD STE 100
BURR RIDGE IL 60527

JPMORGAN CHASE BANK
700 KANSAS LN MC LA4 5555
MONROE LA 71203

Mortgage Arrearage Creditor

JPMORGAN CHASE BANK NATIONAL
3415 VISION DR
OH4-7133
COLUMBUS OH 43219

Electronic Service US Trustee

Date: June 27, 2012                    /s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603